IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DENNIS HEDIN,

                                                                ORDER

                Plaintiff,

                                                         3:07-cv-717-bbc

     v.

SUE VINJE TRUCKING, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This is a civil action for monetary relief in which plaintiff Dennis Hedin, who is proceeding pro se, alleges that defendant Sue Vinje Trucking, Incorporated discriminated against him when it terminated his employment, in violation of the Age Discrimination in Employment Act and the Americans with Disabilities Act. Plaintiff has paid the $350 fee for filing his complaint.

      The next step is for plaintiff to serve his complaint on the defendant. Under Fed. R. Civ. P. 4(m), a plaintiff has 120 days after filing a complaint in which to serve the defendant. However, that is an outside limit with few exceptions. This court requires that a plaintiff act diligently in moving his case to resolution. If plaintiff acts promptly, he should be able to serve his complaint on the defendant well before the deadline for doing so established in Rule 4.

1

To help plaintiff understand the procedure for serving a complaint on a corporation, I am enclosing with this order a copy of a document titled "Procedure for Serving a Complaint on a Corporation in a Federal Lawsuit." Plaintiff should note that although he has completed a summons form (which I am returning to him with this order,) he may choose to follow Option 1 of the memorandum in an effort to avoid potential costs associated with formal service of a summons as described in Option 2. Therefore, I am enclosing to plaintiff the forms he will need if he chooses to seek waiver of service of a summons as described in Option 1.

ORDER

IT IS ORDERED that plaintiff promptly serve his complaint on the defendant corporation and file proof of service of his complaint as soon as service has been accomplished. If, by March 3, 2008, plaintiff fails to submit proof of service of his complaint on the defendant or explain his inability to do so, I will direct plaintiff to show cause why his case should not be dismissed for lack of prosecution.

Entered this 3d day of January, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2