IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DENNIS HEDIN,

                                          ORDER

            Plaintiff,

                                          07-cv-717-bbc

    v.

SUE VINJE TRUCKING, INC.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated March 14, 2008, I directed plaintiff to advise the court in writing of the steps he had taken to serve his complaint because he had not yet filed proof of service despite an April 19, 2008 deadline for doing so. Now plaintiff has submitted correspondence dated March 19, 2008, advising the court that he sent waiver forms to defendant on February 25, 2008 and that he has not yet received the signed forms in return. He has attached a letter dated March 4, 2008, addressed to him from Steven Reyelts, counsel for defendant. In the attached letter, counsel informed plaintiff that "the appropriate representative" of defendant "will be signing the waiver." In plaintiff's letter to the court, he asks whether "there is something more [he] need[s] to do."

The answer to plaintiff's question is "yes." If defendant has returned the signed waiver forms to plaintiff, he must file them with the court immediately. If defendant has not

1

yet sent plaintiff a signed waiver, plaintiff will need to take the steps outlined in Fed. R. Civ. P. 4(h) to serve defendant with the summons and complaint. I am enclosing with this order an issued summons so that plaintiff may arrange for personal service on the defendant, in the event that defendant has not returned the waiver form.

ORDER

IT IS ORDERED that plaintiff has until April 19, 2008, in which to file with the court proof of service of his complaint on the defendant or a signed waiver of service form from defendant. If, by April 19, 2008, plaintiff fails to comply with this order, this case will be DISMISSED without prejudice for his failure to prosecute.

Entered this 28th day of March, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge