IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DENNIS HEDIN,

                                                                      MEMORANDUM

         Plaintiff,

                                                                      07-cv-717-bbc

    v.

SUE VINJE TRUCKING, INC.,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated March 28 2008, I directed plaintiff to file with the court proof of service of his complaint on the defendant or a signed waiver of service form from defendant. Plaintiff has now filed a signed waiver of service form. According to the waiver form, defendant has until April 26, 2008 in which to file its answer.

      Entered this 3rd day of April, 2008.

                                 BY THE COURT:

                                 /s/

                                 _____
                                 BARBARA B. CRABB
                                 District Judge